**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6216

RAYMOND IDEMUDIA AIGBEKAEN,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:21-cv-02890-JKB)

Submitted:  January 18, 2024                    Decided:  February 16, 2024

Before WYNN and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Idemudia Aigbekaen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Idemudia Aigbekaen appeals the district court's order denying his motion under Fed. R. Crim. P. 41(g) for the return of property seized during his criminal investigation. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Aigbekaen v. United States*, No. 1:21-cv-02890-JKB (D. Md. Jan. 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
